AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
**RAQUEL DEPAULA**

)
)
)  Case No.
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **RAQUEL DEPAULA**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C § 371 (Conspiracy)
18 U.S.C § 201(b)(1)(C) (Bribery)

Date: 06/24/2021

City and state: WASHINGTON, D.C.

Zia M. Faruqui
2021.06.24
16:42:02 -04'00'

*Issuing officer's signature*

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 06/25/2021, and the person was arrested on *(date)* 06/25/2021
at *(city and state)* Washington DC.

Date: 06/25/2021

*Arresting officer's signature*

Steven Caldwell  DEO
*Printed name and title*